HAROLD F. NOONAN, Appellant, v. ARTHUR H. PAINE, Respondent.— Same decision and like cause of action as in companion case of *Noonan* v. *Paine* (*ante*, p. 1035, decided herewith). Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL SIMONE, Respondent, against ROBERT G. WASMER, as Sheriff of the County of Onondaga, Appellant.— Order reversed on the law, without costs of this appeal to either party, and proceeding dismissed, without costs, and relator remanded into the custody of the Sheriff of Onondaga County, on the ground that both the information and the testimony taken at the Special Term showed justification for the arrest. Therefore, habeas corpus does not lie. All concur. (The order sustains a writ of habeas corpus and discharges relator from custody.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

RONALD C. SCOTT, as Administrator of the Estate of MARY SCOTT, Deceased, Respondent, v. ALYCE E. MILLER et al., Appellants.— Judgment and order as to the defendant Miller affirmed, with costs, and as to the other defendants judgment and order reversed on the facts and a new trial granted, with costs to said defendants to abide the event, on the ground that the finding of negligence as to said defendants was against the weight of the evidence. All concur, except Larkin, J., not voting. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 821.]

EDWARD J. SHEA, Respondent, v. BIG ELM DAIRY CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor, J., who dissents and votes for reversal and for denial of the motion, and Larkin, J., not voting. (The order grants plaintiff's motion for an examination of defendant and production of its books and papers for the purpose of enabling plaintiff to frame his complaint in an action by a real estate broker to recover commissions.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 821.]

AGNES FOLEY, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 25961.) — Judgment affirmed, with costs. All concur, except Larkin, J., not voting. (The judgment awards damages for personal injuries sustained by reason of an automobile collision, it being alleged that the accident was the result of a defective traffic light. Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.